**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**UNITED STATES**

**v.**

**JAHLEIL MONTEIRO**

**Docket No.** 1:25-cr-10059-RGS-4

**UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE**

Counsel for the defendant, Jahleil Monteiro, files this Motion to Modify his conditions of release to allow his travel in both the Districts of Massachusetts and Rhode Island. See Dkt. 33 at 2 (Order Setting Conditions of Release). Specifically, Mr. Monteiro requests that the Court amend his release conditions to allow travel to the District of Rhode Island so Mr. Monteiro can attend classes in pursuit of his Commercial Driver's License (CDL) at the New England Tractor Trailer Training School (NETTTS) in Pawtucket, RI. Counsel represents that he has discussed this proposed modification with Probation and the government and the parties **do not object** to the request.

This Court set release conditions on March 19, 2025 requiring Mr. Monteiro to maintain employment or attend a vocational program, while also restricting his travel to the state of Massachusetts. Id. The instant request will allow Mr. Monteiro to travel to the District of Rhode Island, specifically Pawtucket, RI, where he has been accepted to a CDL program at NETTTS. Orientation is scheduled to begin on Thursday, October 15, 2026, with the first class beginning on Monday, October 19, 2026. Mr. Monteiro has been compliant with his release conditions and no violations have been noted.

As stated above, pursuant to local rule 7.1, undersigned counsel conferred with Probation and the government, neither of whom object to the modification.

For the foregoing reasons, Mr. Monteiro respectfully requests that the Court grant this motion to amend his travel restriction to allow travel to the District of Rhode Island so he is able to attend his CDL classes. No other conditions of release would be implicated by this requested amendment.

Respectfully Submitted,

JAHLEIL MONTEIRO
By his attorney,

*/s/ Stephen J. Piotrkowski*______

Stephen J. Piotrkowski
CA Bar # 339685
Federal Public Defender Office
51 Sleeper Street, 5th Floor
Boston, MA 02210
Tel: 617-223-8061
stephen_piotrkowski@fd.org

Dated: October 13, 2026

**CERTIFICATE OF SERVICE**

I, Stephen J. Piotrkowski, hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on October 13, 2026.

*/s/ Stephen J. Piotrkowski*_____
Stephen J. Piotrkowski